**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6426**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

    v.

KEVIN HORSEY, a/k/a What What,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:16-cr-00453-GLR-9)

_____

Submitted:  June 14, 2023                      Decided:  July 19, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Horsey, Appellant Pro Se.  Patricia Corwin McLane, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Horsey appeals the district court's order denying his third motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).* Upon review, we discern no abuse of discretion in the district court's denial of compassionate release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Horsey*, No. 1:16-cr-00453-GLR-9 (D. Md. Mar. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* Horsey also argues that the district court did not address the request for appointment of counsel embedded within his motion. We find no reversible error. Because Horsey ably presented his straightforward arguments for compassionate release without the assistance of counsel, the interests of justice did not require counsel's appointment. *See United States v. Legree*, 205 F.3d 724, 730 (4th Cir. 2000) (observing that appointment of counsel in § 3582(c) proceedings is discretionary)